United States Court of Appeals
Fifth Circuit

**F I L E D**

**December 14, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 04-60098
Summary Calendar

_____

MUNUNDIRI RITHA MUKWANGA,

Petitioner,

versus

JOHN ASHCROFT, U.S. ATTORNEY GENERAL,

Respondent.

--------------------
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A95 228 985
--------------------

Before DAVIS, SMITH and DENNIS, Circuit Judges.

PER CURIAM:[*]

Munundiri Ritha Mukwanga, a native and citizen of the
Democratic Republic of the Congo, has petitioned for review of an
order of the Board of Immigration Appeals ("BIA") affirming
without opinion the immigration judge's ("IJ") decision denying
Mukwanga's application for asylum, for withholding of
deportation, and for relief under the Convention Against Torture
(CAT). Mukwanga has failed to show that the record compels
reversal of the finding of the immigration judge that Mukwanga
failed to give credible testimony that she is entitled to asylum

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

or withholding of removal.  See Chun v. INS, 40 F.3d 76, 78 (5th Cir. 1994); Mikhael v. INS, 115 F.3d 299, 306 (5th Cir. 1997). Because Mukwanga makes only conclusional statements that she is entitled to relief under the CAT, she has shown no error.  See Efe v. Ashcroft, 293 F.3d 899, 907 (5th Cir. 2002).  Accordingly, her petition for review of the BIA's affirmance of the IJ's denial of her application for asylum, withholding of removal, and relief under the CAT is DENIED.